UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00052-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) ORDER |
| MICHAEL OMSTEAD SMITH, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the government's Motion to Dismiss Indictment Without Prejudice. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment Without Prejudice (#18) is GRANTED, and the Indictment is DISMISSED without prejudice.

Signed: November 23, 2016

Max O. Cogburn Jr.
United States District Judge